FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2022 JUL 14  AM 4:05

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

PAUL BRYAN McCORKLE

CASE NO. 3:22-cr-90-TJC-LLL
18 U.S.C. § 842(i)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 22, 2022, in the Middle District of Florida, the defendant,

PAUL BRYAN McCORKLE,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Failure to comply with sexual offender requirements, on or about January 11, 2008, and

2. Failure of sex offender to properly register, on or about October 11, 2013,

did knowingly receive and possess an explosive, as defined in 18 U.S.C. § 841(d), that is, Pyrodex powder (a black powder substitute), which had been shipped and transported in and affecting interstate commerce.

In violation of 18 U.S.C. §§ 842(i)(1) and 844(a).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 844(c), 981(a)(1)(C), and 982(a)(2)(B), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 842, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such violation, and pursuant to 18 U.S.C. § 844(c), any explosive materials involved or used or intended to be used in the violation.

3. The property to be forfeited includes, but is not limited to, an improvised explosive device consisting of a cardboard tube wrapped in duct tape, as well as contents and former contents of the tube, to include Pyrodex powder and hobby fuse.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
LAURA COFER TAYLOR
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
7/13/22 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

PAUL BRYAN MCCORKLE

INDICTMENT

Violations: Ct. 1:   18 U.S.C. §§ 842(i)(1) and 844(a)

A true bill,

_____
Foreperson

Filed in open court this 14th day

of July, 2022.

_Inaue S. Perrotti_
Clerk

Bail   $ _____

GPO 863 525