FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2022 JUL 14 AM 4:05

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.                                          CASE NO. 3:22-cr-90-TJC-LLL

PAUL BRYAN MCCORKLE

## ORDER

The Motion for Capias filed herein by the United States of America is hereby GRANTED, and a capias shall issue for the Defendant. The conditions for the Defendant's release or detention shall be set by the proper judicial officer upon arrest.

DONE AND ORDERED at Jacksonville, Florida, this 14 day of July, 2022.

_____
United States Magistrate Judge

Copies to:

United States Attorney Taylor
United States Marshal