UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:22-cr-90-TJC-LLL

PAUL BRYAN MCCORKLE

_____/

SENTENCING MEMORANDUM

The Defendant, Paul Bryan McCorkle, by and through his undersigned attorney, files this Sentencing Memorandum in support of a sentence of credit for time served. In support of this memorandum, the Defendant states the following:

<u>History and Characteristics</u>

Mr. Can-Cuz was born in Cleveland, Texas. PSR ¶2. Shortly after his birth, he was adopted at six months old. PSR ¶13. His adoptive father is Robert McCorkle of Texas whom Mr. McCorkle said he'd be a worse person if he didn't have the guidance he had PSR ¶23. He has one adoptive brother whom Mr. McCorkle experienced over five years of sexual abuse. ¶35, 36. Mr. McCorkle has lost communication with his adoptive parents as of 2010 when his adoptive mother died at the age of 70. PSR ¶13.

3

Mr. McCorkle has been in a relationship with Lisa Herrera since 2001. They married in October 2017. PSR ¶13. Mr. McCorkle is the primary support system for his wife, and she relies on him for financial, medical, and emotional support. Mr. McCorkle has a number of mental and physical afflictions. PSR ¶14, 15. In 1986, Mr. McCorkle joined the United States Marine Corps at the age of 18. PSR ¶15. Mr. McCorkle experienced physical and sexual abuse while in bootcamp at Camp Pendleton, California, and he was honorably discharged in 1989. PSR ¶15. In 1993, Mr. McCorkle was shot 11 times by a hitman hired by his ex-wife and entered into a coma. PSR ¶15. The result of the shooting left Mr. McCorkle with several bullets still lodged in his body (including his brain), blindness in his right eye, and femur and shoulder injuries that he is currently awaiting surgeries for. PSR ¶15. At the time of his arrest, Mr. McCorkle was awaiting a Stellate Ganglion block at the VA in Gainesville, FL to alleviate pain, however, his incarceration has prohibited the procedure. PSR ¶15.

In 1993, Mr. McCorkle was diagnosed with post-traumatic stress disorder (PTSD). PSR ¶15. While awaiting sentencing, Mr. McCorkle has not received his appropriate medications. He also suffers from depression,

4

anxiety, and insomnia. PSR ¶15. Once released, Mr. McCorkle will resided in Interlachen, Florida. PSR ¶16.

## Guidelines

Mr. Can-Cuz's guideline range is 24-30 months, based upon a total offense level of 13 and criminal history score of eight with criminal history category IV. Mr. McCorkle was arrested on November 5, 2022, HOWEVER, he was detained three months prior and could not bond out due to the hold.

## Sentencing Factors

The Court must consider numerous factors in determining the appropriate sentence to be imposed, in particular with a goal for the sentence to reflect the seriousness of the offense, provide for both specific and general deterrence, protect the public from future crimes, and to provide for necessary treatment and training for the defendant. 18 U.S.C. §3553(a)(2). In reaching this goal, the Court should consider the facts of the current case, the history and characteristics of the defendant, and the

range provided for under the sentencing guidelines. 18 U.S.C. §3553(a)(1-4).

Mr. McCorkle has readily admitted to possessing the chemical and device in question. In fact, it's apparent that no case could have been brought had he not cooperated fully from the beginning. Mr. McCorkle is adamant that he had a misguided knowledge of his ability to possess the chemical in question, and will not possess in the future. He also understands that ignorance is not a defense. Mr. McCorkle is sufficiently deterred from recidivism of this type.

Additionally, Mr. McCorkle is suffering from several and physical ailments as described in the sentencing report. He is not receiving the necessary treatment for either while being incarcerated. His mental condition is deteriorating while in custody.

Due to all of these factors, Mr. McCorkle respectfully requests that this court sentence him to credit for time served.

DATED this 29th day of January 2024.

Respectfully submitted,
JACOB P. MCCREA

*s/ **Jacob McCrea***
Jacob P. McCrea, Esq.
Florida Bar No. 0069952

Douglas Law

117 North 2nd St
Palatka, FL 32177
Telephone: (904)-252-0924
Email: jacob@dhclawyers.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to: Frank Talbot and Laura Taylor Assistant United States Attorneys, on this 29th day of January 2024.

*s/ **Jacob McCrea***
Jacob McCrea
Douglas Law

7

Case 3:21-cr-00068-JAG-RIL Document 371 Filed 08/29/24 Page 7 of 7 PageID 9167

9